IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for PAUL QUARANTILLO and JOHN C. BUSSE, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE AND PENSION FUNDS, THE CONSTRUCTION INDUSTRY ADVANCEMENT PROGRAM OF WESTERN PA FUND and the LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions,<br><br>   Plaintiff,<br><br>  v.<br><br>A&L, INC.,<br><br>   Defendant. | Civil Action No. 05-0139<br><br>Judge Gary L. Lancaster |

## ORDER OF COURT

AND NOW, this 28th day of September, 2006, upon consideration of Plaintiff's Motion to Postpone Status Conference, it is hereby ORDERED, ADJUDGED and DECREED that the conference is rescheduled to December 8, 2006 at 10 a. m..

               _____
               The Honorable Gary L. Lancaster
               United States District Court

LIT:403373-1 000004-010359