IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for PAUL QUARANTILLO and JOHN C. BUSSE, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE AND PENSION FUNDS, THE CONSTRUCTION INDUSTRY ADVANCEMENT PROGRAM OF WESTERN PA FUND and the LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions,<br><br>    Plaintiff,<br><br>  v.<br><br>A&L, INC.,<br><br>    Defendant. | Civil Action No. 05-0139<br><br>Judge Gary L. Lancaster |

## ORDER OF COURT

AND NOW, this 6th day of December, 2006, upon consideration of

Plaintiff's Motion to Postpone Status Conference, it is hereby ORDERED, ADJUDGED and

DECREED that the conference is rescheduled to Friday, February 9, 2007 at 2:30 p. m..

The Honorable Gary L. Lancaster
United States District Court

LIT:408448-1 000004-010359